IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


| | |
|---|---|
| In re Notices of *Lis Pendens* )<br>Filed by the United States of America )<br>(Real Property in Robertson County, )<br>Tennessee, owned by Bart Posey and, )<br>wife, Angela S. Posey) ) | Case No. 3:11mc00005<br>JUDGE HAYNES |

## ORDER

In accordance with the Memorandum filed herewith, Bart Posey's motion to dismiss the

Government's notices of *lis pendens* (Docket Entry No. 1) is **DENIED**.

It is so **ORDERED**.

**ENTERED** this the ___ day of March, 2011.


WILLIAM J. HAYNES, JR.
United States District Judge